FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSARIO CARRERA,<br><br>                    Plaintiff,<br><br>v.<br><br>ASCENSION HEALTH; ASCENSION HEALTH LONG TERM DISABILITY PLAN; AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>                    Defendants. | No.  4:16-CV-05035-SMJ<br><br>**STIPULATED ORDER TO TRANSFER VENUE TO USDC EASTERN DISTRICT OF MISSOURI** |

On May 5, 2016, the parties filed a stipulated Motion to Transfer Venue to the United States District Court for the Eastern District or Missouri, **ECF No. 2.** The parties also stipulate that Defendant's deadline to file an Answer or Responsive Pleading to Plaintiff's Complaint be extended to fourteen (14) days following the entry of the order transferring this lawsuit to the United States District Court for the Eastern District of Missouri.  Finally, the parties make an additional stipulation with regard to the Plaintiff's pro hoc vice admission to the Eastern District of Missouri.  Consistent with the parties' agreement to transfer venue,

**IT IS HEREBY ORDERED:**

ORDER **-** 1

**1.** The parties' Motion to Transfer Venue to the United States Court for the Eastern District of Missouri, **ECF No. 2**, is **GRANTED.**

**2.** The other pending stipulations concerning timelines, responsive pleadings, and pro hoc vice admissions are best addressed by the receiving court in the Eastern District of Missouri. This Court <u>makes no ruling</u> on said stipulations.

**3.** After the file is transferred, the Clerk's Office is directed to **CLOSE** the file in the Eastern District of Washington.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge